JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

REYNALDO JENKINS,                    )  CASE NO. CV 07-1586-JFW (PJW)
                                     )
         Petitioner,                 )
                                     )  J U D G M E N T
     v.                              )
                                     )
PEOPLE OF THE STATE OF CALIFORNIA,   )
                                     )
         Respondent.                 )
_____)

    Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

    DATED:   <u>January 21, 2010</u>.


                                                                                           JOHN F. WALTER
                                                                           UNITED STATES DISTRICT JUDGE

C:\Temp\notesFFF692\~1172271.wpd